IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kauser Mohamoud Yusuf, | No. CV-25-03409-PHX-JJT (ASB) |
| Petitioner, | **ORDER** |
| v. | |
| Kristi Noem, *et al.*, | |
| Respondents. | |

Petitioner filed this action under 28 U.S.C. § 2241 on September 17, 2025 challenging his immigration detention. (Doc. 1.) Petitioner then filed a Motion for Temporary Restraining Order and Preliminary Injunction, which Respondents did not oppose. Upon the parties' agreement, the Court directed Petitioner's release from custody. (Doc. 18.) In response to the Petition, Respondents indicate they "do not oppose entry of judgment on Petitioner's detention-related claims." (Doc. 21.) The Court accepts this concession as non-opposition to granting Petitioner's habeas corpus Petition.

**IT IS THEREFORE ORDERED** Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is **granted** as to Counts One and Three. The Petition is otherwise denied without prejudice as moot.[1]

///

///

///

---

[1] The court denies as moot Petitioner's claim containing allegations regarding third country removal.

**IT IS FURTHER ORDERED** the Clerk of Court shall enter judgment in Petitioner's favor and close this case.

Dated this 14th day of November, 2025.

_____
Honorable John J. Tuchi
United States District Judge